UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA R. COWLE,<br><br>       Plaintiff,<br><br>-against-<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | 24-CV-8111 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The parties were ordered to file a joint letter and proposed case management plan by January 7, 2025. ECF No. 7. The Court has not received these submissions. Also, Plaintiff's counsel has yet to file a notice of appearance in this action. Plaintiff's counsel is directed to do so by **January 13, 2025**. Counsel for the parties are directed to file a joint letter and proposed case management plan by **January 13, 2025**. Counsel for Defendant is ordered to serve this Order on Plaintiff's counsel by **January 10, 2025**.

Dated: January 9, 2025
   New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    JESSICA G. L. CLARKE
                    United States District Judge