UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA R COWLE,

                Plaintiff,

-against-

U.S. DEPARTMENT OF EDUCATION,

                Defendant.

24-CV-8111 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The parties were ordered to provide a post-discovery joint status letter, as outlined in Section 3(e) of the Court's Individual Rules and Practices in Civil Cases, no later than April 4, 2025. The deadline to file the letter has passed. The parties are hereby ORDERED to file the status letter with the Court, as outlined in ECF No. 13, no later than April 11, 2025. The conference in this matter, previously scheduled for April 15, 2025 at 11:00 a.m., is RESCHEDULED for April 22, 2025 at 4:00 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 662632111#.

Dated: April 9, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge